UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PROJECT REFLECT, INC. SMITHSON CRAIGHEAD MIDDLE SCHOOL, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:13-cv-00341 Judge Sharp |
| METROPOLITAN NASHVILLE BOARD OF PUBLIC EDUCATION, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum, Defendants' Motions to Dismiss (Docket Nos. 12 & 14) are hereby GRANTED. All other pending motions are hereby DENIED AS MOOT. This action is dismissed.

The hearing scheduled for May 22, 2013, at 4:00 p.m. is cancelled.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE