UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PROJECT REFLECT, INC. SMITHSON CRAIGHEAD MIDDLE SCHOOL, *et al.*, <br><br>    Plaintiffs, <br><br>v. <br><br>METROPOLITAN NASHVILLE BOARD OF PUBLIC EDUCATION, *et al.*, <br><br>    Defendants. | No. 3:13-cv-00341 <br> Judge Sharp |

## ORDER

For the reasons stated in the accompanying Memorandum, Defendants' Motions to Dismiss (Docket Nos. 12 & 14) are hereby GRANTED. All other pending motions are hereby DENIED AS MOOT. This action is dismissed.

The hearing scheduled for May 22, 2013, at 4:00 p.m. is cancelled.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE